**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZM QUANT INVESTMENT LTD., BAIJUN OU, a/k/a ERIC OU, and RUIQI LAU, a/k/a RICKY LIU,<br><br>Defendants. | Civil Action No. 24-cv-12587 (AK) |

STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") submits this status report pursuant to the Court's Order on February 27, 2026.  *See* Dkt. Nos. 9, 11.  The Commission today filed a Notice of Voluntary Dismissal of Defendants Baijun Ou and Ruiqi Lau pursuant to F.R.C.P. 41(a)(1)(A)(i).  *See* Dkt. No. 12.  Defendant ZM Quant was validly served through its registered agent on November 27, 2024.  *See* Dkt. No. 7 (filed December 6, 2025).  No answer or notices of appearance have been filed for defendant ZM Quant.  Counsel for the Commission has not had any discussions with any counsel regarding the matter, and is unaware of whether ZM Quant retained counsel in this matter.  The Commission anticipates it will move the Court for a default judgment as to ZM Quant pursuant to Fed. R. Civ. P. 55(b)(2) on or before May 29, 2026.

Dated:  March 31, 2026

Respectfully submitted,

SECURITIES AND EXCHANGE
COMMISSION

By its Attorney,

*/s/ Amy Harman Burkart*
Amy Harman Burkart
(Mass. Bar No. 651828)
Boston Regional Office
33 Arch Street
Boston, MA  02110

2

## **CERTIFICATE OF SERVICE**

I, Amy Harman Burkart, certify that on March 31, 2026, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

*/s/ Amy Harman Burkart*
Amy Harman Burkart